UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE:

KO, MIN SOO                                              Case No. 08-17934-SSM
KO, CLAIR                                                Chapter 7

                         Debtor(s)

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the Trustee

submits a check payable to "Clerk, United States Bankruptcy Court" in the amount of $1.00

representing exempt funds unclaimed by the Debtor to be deposited by the Clerk of the Court

into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28

U.S.C. §2042 and shall not escheat under any state law.   The unclaimed funds represent the

exempt funds due and payable to

| Claimant's Name and Address | Amount of Dividend |
| --- | --- |
| Min Soo and Clare Ko 4365 Hackney Coach Lane Fairfax, VA  22030 | $1.00 |

Dated:____04/20/2010_____              /s/  RICHARD A. BARTL_____
                                       RICHARD A. BARTL, Chapter 7 Trustee
                                       TYLER BARTL RAMSDELL & COUNTS PLC
                                       300 N. Washington Street, Suite 202
                                       Alexandria, Virginia 22314
                                       (703) 549-5000